IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| DAVID COOPER, #7743 ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-011-MEF |
| ) | WO |
| ANTHONY TODD CARTER, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #6) to the Recommendation of the Magistrate Judge (Doc. #5) filed on January 23, 2007 is overruled;

2. The Recommendation of the Magistrate Judge entered on January 18, 2007 is adopted;

3. The plaintiff's complaint against the named defendants is DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

4. Plaintiff's unlawful confinement claim is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

5. This complaint is DISMISSED prior to service of process.

DONE this the 26th day of January, 2007

                                                  /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE